MICHAEL D. MURPHY (SBN 224678)
mdmurphy@foxrothschild.com
**FOX ROTHSCHILD LLP**
Constellation Place
10250 Constellation Boulevard, Suite 900
Los Angeles, California 90067
Telephone: 310.598.4150

Attorneys for Defendant
Fidelity National Information Services, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL WALKER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIDELITY NATIONAL INFORMATION SERVICES, INC.,<br><br>Defendant. | Case No. 2:25-cv-02714-JLS-JDE<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (L.R. 8-3)**<br><br>Complaint Served: April 2, 2025<br><br>Current Response Date: June 23, 2025<br><br>New Response Date: July 14, 2025 |

Plaintiff, Rachel Walker ("Plaintiff"), and Defendant, Fidelity National Information Services, Inc. ("Defendant"), by and through their respective undersigned counsel, hereby stipulate and agree to a third extension of time –21 days – for Defendant to answer, move or otherwise plead in response to Plaintiff's initial Complaint. The purpose of this third extension is to allow further time to facilitate potential resolution of this dispute, with a recognition by all parties that, because this involves a potential settlement of a class action, additional time and more complicated considerations are to be addressed as part of the parties' discussions. Absent any further extension of time, Defendant's response to the Complaint is due on or before July 14, 2025.

The parties respectfully request this third extension of time, for 21 days, so that they can complete their informal information gathering and consideration of potential resolution of this matter.

| | |
|---|---|
| /s/ *Anthony I. Paronich, Esquire* | /s/ *Michael D. Murphy, Esquire* |
| Dana Oliver | Michael D. Murphy |
| Oliver Law Center, Inc. | Fox Rothschild LLP |
| 8780 19th Street, No. 559 | Constellation Place |
| Rancho Cucamonga, CA 91701 | 10250 Constellation Boulevard |
| Telephone: 855-384-3262 | Suite 900 |
| Email: dana@danaoliverlaw.com | Los Angeles, California 90067 |
| | Telephone: 310-598-4150 |
| Anthony I. Paronich, Esquire | Email: mdmurphy@foxrothschild.com |
| (admitted *pro hac vice*) | |
| Paronich Law P.C. | Attorneys for Defendant |
| 350 Lincoln Street, Suite 2400 | |
| Hingham, MA 02043 | Dated: June 23, 2025 |
| Telephone: 617-485-0018 | |
| Email: anthony@paronichlaw.com | |
| | |
| Attorneys for Plaintiff | |
| | |
| Dated: June 23, 2025 | |

## **ATTESTATION**

Pursuant to Local Rule 5-4.3.4, the filer attests that all signatories listed, and on whose behalf the filing is submitted, concurs in the filing's content and have authorized the filing.

*/s/ Michael D. Murphy*
Michael D. Murphy
