# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL WALKER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FIDELITY NATIONAL INFORMATION SERVICES, INC.,<br><br>Defendant. | Case No. 2:25-cv-02714-JLS-MAA<br><br>**[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Served: April 2, 2025<br><br>Current Response Date: June 23, 2025<br><br>New Response Date: July 14, 2025 |

1

[PROPOSED] ORDER

173680164.1

1
2   Having fully considered Plaintiff RACHEL WALKER ("Plaintiff") and
3   Defendant FIDELITY NATIONAL INFORMATION SERVICES, INC.
4   ("Defendant") (collectively, the "Stipulating Parties") Stipulation to Extend Time to
5   Respond to Initial Complaint (L.R. 8-3), the Court HEREBY ORDERS:
6   • Defendant's response to Plaintiff's Complaint is extended to July 14, 2025.
7
8
9   Dated: _____   By: _____
10                                      HON. JOSEPHINE L. STATON
                                        UNITED STATES DISTRICT JUDGE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

173680164.1