**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

RACHEL WALKER, individually and on behalf of all others similarly situated,

Plaintiff,

v.

FIDELITY NATIONAL INFORMATION SERVICES, INC.,

Defendant.

Case No. 2:25-cv-02714-JLS-JDE

**NOTICE OF SETTLEMENT**

Plaintiff, Rachel Walker, through her undersigned counsel, hereby notifies the court that plaintiff and defendant Fidelity National Information Services, Inc. have reached a confidential settlement of this action, subject to signing a mutually-acceptable settlement agreement. The parties are negotiating the terms of their settlement agreement and expect to file a stipulation of dismissal within 45 days.

*/s/ Anthony I. Paronich, Esquire*
Dana Oliver
Oliver Law Center, Inc.
8780 19th Street, No. 559
Rancho Cucamonga, CA 91701
Telephone: 855-384-3262
Email: dana@danaoliverlaw.com

Anthony I. Paronich, Esquire
(admitted *pro hac vice*)
Paronich Law P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: 617-485-0018
Email: anthony@paronichlaw.com

Attorneys for Plaintiff

Dated: July 11, 2025

*/s/ Michael D. Murphy, Esquire*
Michael D. Murphy
Fox Rothschild LLP
Constellation Place
10250 Constellation Boulevard
Suite 900
Los Angeles, California 90067
Telephone: 310-598-4150
Email: mdmurphy@foxrothschild.com

Attorneys for Defendant

Dated: June 20, 2025