UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:25-cv-02714-JLS-MAA                                  Date: July 14, 2025
Title:  Rachel Walker v. Fidelity National Information Services, Inc.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Kelly Davis | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:  (IN CHAMBERS)  ORDER REGARDING NOTICE OF PARTIES' CONDITIONAL SETTLEMENT (Doc. 22)**

   The Parties filed a Notice of Settlement (Doc. 22) in which they informed the Court that they have reached a settlement and are "negotiating the terms" of the agreement.  As the Court indicates on its Procedures Page, incorporated by reference in its Standing Order, "[n]o stay will be issued for 'tentative' settlements or settlements 'in principle.'"  (Procedures Page § 19 (as incorporated by the Standing Order at 2, Doc. 11).)  All hearings and deadlines will therefore remain active in this case until the parties can represent that they have entered into an enforceable settlement agreement.[1]

Initials of Deputy Clerk: kd

---

[1] A settlement is enforceable if the parties have reached what they intend to be a binding agreement as to all material terms, even if a more formal document remains to be prepared.