JS-6

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RACHEL WALKER**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**FIDELITY NATIONAL INFORMATION SERVICES, INC.**<br><br>*Defendant.* | Case No. 25-cv-2714-JLS(MAAx) |

## ORDER ON NOTICE OF DISMISSAL

The COURT has reviewed the Plaintiff's notice of dismissal and pursuant Fed R. Civ. Pro. 41(a)(1)(A)(i) ORDERS dismissal of this action with prejudice.

DATED this __8th__ day of ____August____, 2025

*Josephine L. Staton*
_____
Hon. Josephine L. Staton
United States District Judge